**FILED**

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0222

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0222

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CODY RYAN LAMB,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 15, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 13 2021